IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. <u>97-20153-B</u> |
| ) | |
| ) | |
| EPHEE A. COHEN, a/k/a, ) | |
| MARK ALLEN THOMPSON ) | |
| Defendant. ) | |

**ORDER GRANTING GOVERNMENT'S MOTION TO CONTINUE REPORT DATE**

This cause came before the Court upon the government's written motion to continue the report date in this matter currently set for 2:00 p.m., Thursday, June 23, 2005. It appears to the Court based upon the report as stated in the government's motion, that the government's motion is well taken and should be granted. The clerk of the court is therefore directed to reset the report in this matter for approximately 90 days and to notify government counsel of the new date. Time is excluded under the Speedy Trial Act based upon the fugitive status of the defendant

**SO ORDERED** this <u>17th</u> day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-20-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:97-CR-20153 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT