IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 20 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
vs.                              )        Cr. No. 97-20153-B
                                 )
                                 )
EPHEE A. COHEN, a/k/a,           )
MARK ALLEN THOMPSON              )
                                 )
        Defendant.               )

## ORDER GRANTING GOVERNMENT'S MOTION TO CONTINUE REPORT DATE

This cause came before the Court upon the government's written motion to continue the report date in this matter currently set for 9:30 a.m., Monday, September 26, 2005. It appears to the Court based upon the report as stated in the government's motion, that the government's motion is well taken and should be granted. The clerk of the court is therefore directed to reset the report in this matter for sometime in March, 2006 and to notify government counsel of the new date. *Time under the Speedy Trial is excluded based on defendant's fugitive status*

SO ORDERED this 20ᵗʰ day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:97-CR-20153 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT